**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WebSock Global Strategies LLC,<br><br>Plaintiff,<br>v.<br><br>DigitalOcean, LLC,<br><br>Defendant. | Case No. 1:24-cv-04104-JPC<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant DigitalOcean, LLC.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated: September 10, 2024
New York, New York

Respectfully submitted,

**PERKINS COIE LLP**

*/s/ Matthew J. Moffa*

Matthew J. Moffa
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036
Phone: (212) 261-6857
MMoffa@perkinscoie.com

*Attorneys for Defendant DigitalOcean, LLC*