IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WebSock Global Strategies LLC,** | Case No. 1:24-cv-04104-JPC |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **DigitalOcean, LLC,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: September 11, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge